**MANDATE**

UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of March, two thousand fifteen,

_____

| | |
|---|---|
| Audemars Piguet Holding S.A., Audemars , North America Piguet, Inc. | ORDER<br>Docket No. 15-333(L)<br>15-338(XAP) |
| Plaintiffs - Counter-Defendants - Appellants - Cross-Appellees, | |
| v. | |
| Swiss Watch International, Inc., DBA Swiss Legend, DBA SWI Group, ILS Holdings, LLC, DBA Worldofwatches.com, Lior Ben-Shmuel, | |
| Defendants - Counter-Claimants - Counter-Defendants - Appellees - Cross-Appellants.. | |

_____

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 03/25/2015